UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYON V. HILL,<br>　　　　Plaintiff,<br>　v.<br>M. B. ATCHLEY, et al.,<br>　　　　Defendants. | Case No. 20-cv-06428-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On September 14, 2020, Plaintiff filed the present *pro se* civil rights complaint under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed *in forma pauperis* application. The Clerk sent Plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed, and Plaintiff has not paid the filing fee, returned the *in forma pauperis* application or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: 11/16/2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge